## STATE OF CONNECTICUT *v.* THOMAS MASON
## (AC 23507)

Foti, Schaller and Dranginis, Js.

Argued October 30—officially released December 2, 2003

Per Curiam. The state concedes, and we agree after our review of the record, that the trial court's plea canvass did not substantially comport with the constitutional mandates of *Boykin* v. *Alabama*, 395 U.S. 238, 89 S. Ct. 1709, 23 L. Ed. 2d 274 (1969).

The judgment is reversed and the case is remanded with direction to allow the defendant to withdraw his plea of guilty.

## RODNEY KYLES *v.* COMMISSIONER OF
## CORRECTION
## (AC 23539)

Foti, Bishop and McLachlan, Js.

Submitted on briefs October 30—officially released December 2, 2003

Per Curiam. The habeas court did not abuse its discretion in denying the petitioner certification to appeal from the dismissal of his petition for a writ of habeas corpus.

The appeal is dismissed.